# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| WACHOVIA MORTGAGE CORPORATION,<br><br>Respondent<br><br>v.<br><br>PATRICK T. CARNEY, CHRISTINE P. CARNEY A/K/A/ CHRISTINE CARNEY,<br><br>Petitioners | : No. 130 MM 2014<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of October, 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **DENIED**.